Argued November 19, reversed and remanded November 26, 1973

## STATE OF OREGON, *Respondent, v.* DAVID J. STERLING (No. 14-823), *Appellant.*

516 P2d 86

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

REVERSED AND REMANDED. *See, State v. Wardius,* 6 Or App 391, 487 P2d 1380, Sup Ct *review denied* (1971), *reversed and remanded* 412 US 470, 93 S Ct 2208, 37 L Ed 2d 82 (1973), decided by the United States Supreme Court after the trial of this case.